**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**HEARING DATE: March 24, 2020**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: March 17, 2020**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: <br><br> TRUMAN WESLEY SANTIAGO JR <br> and <br> JAMIE LEE SANTIAGO, <br><br> Debtors. | Case No.: 16-43264-MJH <br><br> NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c) |

## **NOTICE**

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss will be heard before the Honorable Mary Jo Heston at **1:00 P.M. on March 24, 2020**, at the U.S. Bankruptcy Courthouse, 1717 Pacific Avenue, Courtroom H, Tacoma, WA 98402.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **March 17, 2020**. You should also appear at the time of

NOTICE AND MOTION FOR DISMISSAL     - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

## **MOTION**

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee and alleges as follows:

1. Debtors filed this case on **August 3, 2016**. The case was confirmed by order of the Court on **October 29, 2016**.

2. Pursuant to the confirmed plan, Debtors are required to make plan payments of **$3,650.00** per month. Debtors are presently delinquent in plan payments in the amount of **$20,655.03**, supported by the Declaration filed herewith.

3. Debtors have failed to provide the Trustee with a copy of their 2017 and 2018 tax returns.

4. Debtors have defaulted under the terms of the Plan as follows: § 1307(c)(1) unreasonable delay by the debtor that is prejudicial to the creditors, § 1307(c)(6) failure to remit plan payments.

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

**DATED** this 21st day of February, 2020 at Tacoma, Washington.

_____
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

NOTICE AND MOTION FOR DISMISSAL      - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>TRUMAN WESLEY SANTIAGO JR<br>and<br>JAMIE LEE SANTIAGO,<br><br>                        Debtors. | Case No.: 16-43264-MJH<br><br>***PROPOSED***<br>ORDER DISMISSING CHAPTER 13 CASE |

**THIS MATTER** having come before the Court on the Trustee's Motion to Dismiss, due notice of hearing having been given to the Debtors and the attorney for the Debtors; the Debtors having not otherwise responded or appeared, the Court having reviewed the motion and being fully advised in the premises, IT IS HEREBY

**ORDERED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtors; it is further

**ORDERED** that upon dismissal or conversion, any refund shall be payable to the Debtors and may be forwarded to the Debtors though the attorney's office per 11 U.S.C. 349(b)(3); it is further

ORDER DISMISSING CASE    - 1

**ORDERED** that the above-captioned case be dismissed effective on the date of this Order and the Trustee is directed to administratively close this case and issue Trustee's Final Report to creditors.

///End of Order///

Presented by:

_____
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

ORDER DISMISSING CASE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600